# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT

| | |
|---|---|
| MICHAEL JONES, an individual,, <br><br> Plaintiff, <br><br> v. <br><br> ON-SITE MANAGER, INC., a California corporation; QUALFAX, INC., a California corporation KIPLING VILLAGE, LLC, a Colorado limited liability company, and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO: 17-cv-01437-RS <br><br> HONORABLE RICHARD SEEBORG <br><br> **ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO DEFENDANTS QUALFAX, INC. AND KIPLING VILLAGE, LLC ONLY** <br><br> COMPLAINT FILED: June 21, 2016 <br> TRIAL DATE: June 20, 2017 |

Pursuant to the stipulation between Plaintiff Michael Jones and Defendants Qualfax, Inc. and Kipling Village, LLC, by and through their counsel of record,

GOOD CAUSE APPEARING, IT IS ORDERED THAT:

The action as to Defendants Qualfax, Inc. and Kipling Village, LLC are dismissed with prejudice.

DATED: 4/25/17 By: /s/ Richard Seeborg
THE HONORABLE RICHARD SEEBORG
U.S. DISTRICT COURT JUDGE

2396156.docx

1

ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO DEFENDANTS QUALFAX, INC. AND KIPLING VILLAGE, LLC ONLY