1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE LLP**
Michael J. Saltz, Esq. SBN 189751 [msaltz@jrsnd.com]
Colby A. Petersen, Esq. SBN 274387 [cpetersen@jrsnd.com]
1880 Century Park East, Suite 900
Los Angeles, CA 90067
Telephone: (310) 446-9900
Fax: (310) 446-9909

Attorneys for Defendant On-Site Manager, Inc.

JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE, LLP
1880 Century Park East, Suite 900
Los Angeles, California 90067
Tel. 310.446.9900 • Fax 310.446.9909

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JONES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ON-SITE MANAGER, INC., a California corporation; QUALFAX, INC., a California corporation; KIPLING VILLAGE, LLC, a Colorado limited liability company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 5:17-cv-01437-BLF<br><br>**DECLARATION OF MICHAEL J. SALTZ IN SUPPORT OF DEFENDANT ON-SITE MANAGER, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO** *FED. R. CIV. PROC.* **12(b)(6);**<br><br>Complaint filed: June 21, 2016<br><br>Hearing Date: August 24, 2017<br>Time: 9:00 a.m.<br>Courtroom.: 3<br>Judge: Hon. Beth Labson Freeman |

## DECLARATION OF MICHAEL J. SALTZ, ESQ.

I, Michael J. Saltz, do declare:

      1.    I am an attorney at law duly licensed to practice before all courts of the State of California, and if called upon to testify, I could and would competently do so of my personal knowledge thereof. I am a partner in the law firm of Jacobson, Russell,

JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE, LLP
1880 Century Park East, Suite 900
Los Angeles, California 90067
Tel. 310.446.9900 • Fax 310.446.9909

1  Saltz, Nassim & de la Torre, LLP the attorneys of record for Defendant On-Site

2  Manager, Inc. ("Defendant", "On-Site").

3      2.    Attached hereto as **Exhibit "1"** is a true and correct copy of the subject

4  Rental Report for Michael Jones issued by On-Site, dated June 21, 2014 and

5  referenced throughout Plaintiff's operative complaint.

6

7      I declare under the penalty of perjury of the United States of America that the

8  foregoing information is true and correct

9

10  DATED: July 17, 2017

11                   By:   /s/ Michael J. Saltz

12                      Michael J. Saltz

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT "1"**

Rental Report for Michael Jones, 6/21/2014 at Kipling Village

# Rental Report for Michael Jones

## Overall Recommendation

**DECLINE**

This application does not meet one or more of your requirements that is set to "Pass/Fail". This recommendation has been automatically set to Decline. The Overall Recommendation was derived solely from your community's leasing criteria. On-Site makes no independent assessment of an applicant's qualifications.

**Application Rejected by Kristina Sorency on 6/26/2014.**

## Score for Michael Jones: DECLINE

| | Importance | Pass | Fail |
|---|---|---|---|
| Total monthly income to rent ratio exceeds 2.5 | Very | | ✓ |
| Gross monthly income after rent and estimated debt exceeds $1,000.00 | Very | | ✓ |
| Maximum percentage of past due negative accounts is less than 25.0% | Moderately | ✓ | |
| Unpaid collections and grossly delinquent past due balances do not exceed $2,000.00 | Moderately | ✓ | |
| May have been through a bankruptcy | Very | ✓ | |
| No Landlord Tenant Court records or landlord collections | Pass/Fail | ✓ | |
| Has not had more than 1 misdemeanor conviction in the last 4 years | Pass/Fail | ✓ | |
| Has not had any felony convictions | Pass/Fail | | ✓ |
| Is not a registered sex offender | Pass/Fail | ✓ | |

This report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from public records, and information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of the report. An applicant who is the subject of this report may obtain a free copy at any time by contacting On-Site Renter Relations. *El solicitante que es objeto de este informe puede obtener una copia gratuita por contactar On-Site Renter Relations.*

## WARNINGS

**APPLICANT: (Experian)**

**APPLICANT: Submitted Address Not In Records - ACTION REQUIRED (Experian)**
The bureau reports that the address supplied is invalid. This could indicate fraudulent activity; you should verify that the address supplied is valid. Before proceeding you must verify that the information in the report relates to the actual applicant in question as required by law under FCRA Section 605(h). Review our bulletin for information on compliance.

**APPLICANT: Inquiry/On-File Current Address Conflict (Experian)**
The applicant's address does not match the address on record with the credit bureau. This could indicate fraudulent activity; you should verify that the address supplied is valid. Before proceeding you must verify that the information in the report relates to the actual applicant in question as required under FCRA Section 605(h). Review our bulletin for information on compliance.

**SPECIAL CONDITION: felony found**
On-Site.com identified a felony on this report. This recommendation has been automatically set to Decline.




Rental Report for Michael Jones, 6/21/2014 at Kipling Village

## Credit Quick Summary

**Custom scoring for this report:**

| Medical collections (<= $2,000) not considered | Accounts with 1 30-day late payment or less are not considered negative | Accounts with less than $200.00 past due are not considered negative |
|---|---|---|

| | | |
|---|---|---|
| Total monthly income (reported by Applicant) | $721.00 | |
| Total monthly income to rent ratio | 1.89 (based on rent of $845.00) | |
| Estimated monthly debt payments | $777.05 (108% of monthly income) | |
| Total number of accounts | 12 | |
| Accounts with no late payments | 10 (0 unpaid past due) | |
| Accounts paid 30-59 days past due | 1 (0 unpaid past due) | |
| Accounts paid 60-89 days past due | 0 (0 unpaid past due) | |
| Accounts paid more than 90 days past due | 1 (0 unpaid past due) | |
| Total outstanding balance | $31,049.00 ($0.00 past due) | |
| Outstanding revolving debt | $666.00 (1% of limit) ($0.00 past due) | |
| Outstanding loan balance | $30,383.00 ($0.00 past due) | |
| Bankruptcies, foreclosures, and legal items | 1 | |
| Collection total balance (includes past due) | $1,937.00 | |
| Landlord tenant court records found | 0 | |

## Identity

| Identity | From Application | From Experian |
|---|---|---|
| Name: | Michael Jones | PITTS MICHAEL<br>MICHAEL JONES<br>MICHAEL A. PILLS<br>MIKE PITTS<br>MICHAEL A. PITTS |
| SSN: | 513-64-**** | 513-64-**** |
| Birth Date: | 11/**/1957 | 12/**/1965 |
| Driver's License #: | ▮▮▮▮ / CO | |

## Addresses

| Addresses | From Application | From Experian |
|---|---|---|
| | 440 Powder Run<br>Central City, CO 80427 - US | PO BOX 681<br>CENTRAL CITY, CO 80427-0681 (Applicant)<br>Reported 3/2014<br><br>8828 E FLORIDA AVE. # A<br>DENVER, CO 80247-2871 (Applicant)<br>Reported 2/2013<br><br>2712 BONANZA ST.<br>LAWRENCE, KS 66046-5136 (Applicant)<br>Reported 8/2007 |

## Employment

| Employment | From Application | From Experian |
|---|---|---|
| Applicant: | None<br>None<br>$0.00/Mo. Total monthly Income: $721.00 | VESTCOM<br>VESTCOM INT |

## Criminal History

**From On-Site.com**

| Requested For | Location Searched | Period Searched | Requested | Returned |
|---|---|---|---|---|
| Michael Jones | Multi-State: AK, AL, AR, AZ, CA, CO, CT, DE, FL, GA, HI, IA, ID, IL, IN, KS, KY, LA, MA, MD, ME, MI, MN, MO, MS, MT, NC, ND, NE, NH, NJ, NM, NV, NY, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VA, VT, WA, WI, WV, WY | All available records | 6/21/2014 | 7/7/2014 |

Rental Report for Michael Jones, 6/21/2014 at Kipling Village

| Case Number | Name on Record | | Birth Date | Record Provider | | | |
|---|---|---|---|---|---|---|---|
| 87CR95 | JONES, MICHAEL L<br>MICHAEL L. JONES (AKA) | | 11/**/1957 | KANSAS DEPARTMENT OF CORRECTIONS | | | |
| | **Charge**<br>7/8/1991 - **Felony** (Guilty)<br>MANUF,POSS,AD,DISTR,SALE<br>DEPRES,STIM,HALL,STEROIDS | **Offense Date**<br>9/9/1987 | **Filed Date** | **Plea Date** | **Verdict Date** | **Disposition Date**<br>7/8/1991 |
| | **Sentence Type** | | **Sentence Begins** | **Duration** | | **Release Date**<br>7/8/1991 |

| Requested For | Location Searched | Period Searched | Requested | Returned |
|---|---|---|---|---|
| Michael Jones | Colorado | All available records | 6/21/2014 | 6/21/2014 |
| **Results** | | | | |
| No Records Found | | | | |

| Requested For | Location Searched | Period Searched | Requested | Returned |
|---|---|---|---|---|
| Michael Jones | Colorado | All available records | 6/21/2014 | 6/21/2014 |
| **Results** | | | | |
| No Records Found | | | | |

## National Sex Offender Registry History

### From On-Site.com

| Requested For | Date Requested | Date Returned |
|---|---|---|
| Michael Jones | 6/21/2014 | 6/23/2014 |
| **Results** | | |
| No Records Found | | |

## Landlord Tenant Court Records

### From On-Site.com

There were no previous Landlord Tenant Court records found.

## OFAC SDN/Terrorist Watchlist Search

### From On-Site.com

| Requested For | Results | Returned |
|---|---|---|
| Michael Jones | No records found | 6/21/2014 |

## Risk Models

### From Experian

| Risk Model Name | Score | Score Factors |
|---|---|---|
| FICO (Experian)<br>(Applicant) | 640 | Serious delinquency and public record or collection filed<br>Length of time accounts have been established<br>Length of time since legal item filed or collection item reported<br>Proportion of balance to high credit on bank revolving or all<br>revolving accounts |
| | **Description**<br>The FICO score is a widely used risk model that uses credit report data to predict the likelihood of default. It is used most often by banks and credit grantors. The FICO score range is between 300 and 850 (the higher the score, the less risky the consumer). In the most recent study, the median FICO score was 711. | |

## Bankruptcies

### From Experian

| Date | Chapter | Status | Liability Amount | Assets Amount | Exempt Amount |
|---|---|---|---|---|---|
| 7/2005<br>(Applicant)<br>US BKPT CT KS KANSAS C<br>FEDERAL BLDG, KANSAS<br>CITY, KS 66101<br>By mail only | 7 | Discharged | | | |
| | **Comments**<br>THE AMOUNT OWED WAS INCLUDED IN THE 'ORDER OF RELIEF.' DEBTOR NO LONGER LIABLE FOR DEBTS LISTED IN<br>'ORDER OF RELIEF.' | | | | |





Rental Report for Michael Jones, 6/21/2014 at Kipling Village

## Collections

### From Experian

| Client Name | Date | Last Active | Orig. Amount | Balance |
|---|---|---|---|---|
| DISH NETWORK (Applicant) Collection Agency - ENHANCED RECOVERY CO L 8014 BAYBERRY RD, JACKSONVILLE, FL 32256 (800) 496-8941 | 9/2013 | | $842.00 | $842.00 |
| | **Comments** ACCOUNT ASSIGNED TO COLLECTIONS | | | |
| DIRECTV (Applicant) Collection Agency - NCO FIN/09 507 PRUDENTIAL RD, HORSHAM, PA 19044 (215) 441-3000 | 10/2011 | | $776.00 | $776.00 |
| | **Comments** ACCOUNT ASSIGNED TO COLLECTIONS | | | |
| COX COMMUNICATIONS COL (Applicant) Collection Agency - MID CONTINENT CREDIT S 3161 N ROCK RD STE B, WICHITA, KS 67226 (316) 721-6467 | 5/2011 | | $206.00 | $206.00 |
| | **Comments** ACCOUNT ASSIGNED TO COLLECTIONS | | | |
| CENTURYLINK (Applicant) Collection Agency - EOS CCA 700 LONGWATER DR, NORWELL, MA 02061 (800) 886-9177 | 3/2014 | | $88.00 | $88.00 |
| | **Comments** ACCOUNT ASSIGNED TO COLLECTIONS | | | |
| TOPEKA SHAWNEE COUNTY PUBLIC (Joint) Collection Agency - UNIQUE NATIONAL COLLEC 119 E MAPLE ST, JEFFERSONVILLE, IN 47130 (866) 514-7649 | 7/2010 | 8/2010 | $55.00 | $25.00 |
| | **Comments** ACCOUNT ASSIGNED TO COLLECTIONS | | | |

## Credit Accounts

### From Experian

| Account Name | Opened | Last Active | 30-59 | 60-89 | 90+ | Past Due | Balance |
|---|---|---|---|---|---|---|---|
| ENVISTA CREDIT UNION (Applicant) ENVISTA CREDIT UNION 3626 SW WANAMAKER RD, TOPEKA, KS 66614 (785) 228-0149 | 1/2013 | 5/2014 | 0 | 0 | 0 | $0.00 | $13,698.00 |
| | **Monthly Payment** $394.00 | **High Credit** $18,285.00 | **Type** INSTALLMENT | **Comments** AUTO LOAN THIS IS AN ACCOUNT IN GOOD STANDING | | | |

**Payment History**

| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|---|---|---|---|---|---|---|---|---|
| 6/ 14 | 4/ 14 | 2/ 14 | 12/ 13 | 10/ 13 | 8/ 13 | 6/ 13 | 4/ 13 | |

| Account Name | Opened | Last Active | 30-59 | 60-89 | 90+ | Past Due | Balance |
|---|---|---|---|---|---|---|---|
| DEPT OF ED/SALLIE MAE (Applicant) DEPT OF ED/SALLIE MAE 11100 USA PKWY, FISHERS, IN 46037 (800) 722-1300 | 8/2012 | | 0 | 0 | 0 | $0.00 | $3,443.00 |
| | **Monthly Payment** | **High Credit** $3,071.00 | **Type** INSTALLMENT | **Comments** THIS IS AN ACCOUNT IN GOOD STANDING STUDENT LOAN - PAYMENT DEFERRED | | | |

**Payment History**

| 0 | * | * | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/ 14 | 3/ 14 | 1/ 14 | 11/ 13 | 9/ 13 | 7/ 13 | 5/ 13 | 3/ 13 | 1/ 13 | 11/ 12 | 9/ 12 | | | | | | | |

Rental Report for Michael Jones, 6/21/2014 at Kipling Village

| Account Name | Opened | Last Active | 30-59 | 60-89 | 90+ | Past Due | Balance |
|---|---|---|---|---|---|---|---|
| DEPT OF ED/SALLIE MAE (Applicant) DEPT OF ED/SALLIE MAE 11100 USA PKWY, FISHERS, IN 46037 (800) 722-1300 | 2/2013 | | 0 | 0 | 0 | $0.00 | $3,181.00 |
| | Monthly Payment | High Credit $2,929.00 | Type INSTALLMENT | Comments THIS IS AN ACCOUNT IN GOOD STANDING STUDENT LOAN - PAYMENT DEFERRED | | | |

Payment History
0 * 0 0 0 0 0 0 0 0 0 0 0
5/14 3/14 1/14 11/13 9/13 7/13 5/13 3/13

| Account Name | Opened | Last Active | 30-59 | 60-89 | 90+ | Past Due | Balance |
|---|---|---|---|---|---|---|---|
| ENVISTA CREDIT UNION (Applicant) ENVISTA CREDIT UNION 3626 SW WANAMAKER RD, TOPEKA, KS 66614 (785) 228-0149 | 8/2013 | 5/2014 | 0 | 0 | 0 | $0.00 | $2,978.00 |
| | Monthly Payment $271.00 | High Credit $6,000.00 | Type INSTALLMENT | Comments AUTO LOAN THIS IS AN ACCOUNT IN GOOD STANDING | | | |

Payment History
0 0 0 0 0 0 0
6/14 4/14 2/14 12/13 10/13

| Account Name | Opened | Last Active | 30-59 | 60-89 | 90+ | Past Due | Balance |
|---|---|---|---|---|---|---|---|
| DEPT OF ED/SALLIE MAE (Applicant) DEPT OF ED/SALLIE MAE 11100 USA PKWY, FISHERS, IN 46037 (800) 722-1300 | 8/2012 | | 0 | 0 | 0 | $0.00 | $2,410.00 |
| | Monthly Payment | High Credit $2,334.00 | Type INSTALLMENT | Comments THIS IS AN ACCOUNT IN GOOD STANDING STUDENT LOAN - PAYMENT DEFERRED | | | |

Payment History
0 * 0 0 0 0 0 0 0 0 0 0 0 0 0 0
5/14 3/14 1/14 11/13 9/13 7/13 5/13 3/13 1/13 11/12 9/12

| Account Name | Opened | Last Active | 30-59 | 60-89 | 90+ | Past Due | Balance |
|---|---|---|---|---|---|---|---|
| DEPT OF ED/SALLIE MAE (Applicant) DEPT OF ED/SALLIE MAE 11100 USA PKWY, FISHERS, IN 46037 (800) 722-1300 | 5/2012 | | 0 | 0 | 0 | $0.00 | $2,287.00 |
| | Monthly Payment | High Credit $2,000.00 | Type INSTALLMENT | Comments THIS IS AN ACCOUNT IN GOOD STANDING STUDENT LOAN - PAYMENT DEFERRED | | | |

Payment History
0 * 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
5/14 3/14 1/14 11/13 9/13 7/13 5/13 3/13 1/13 11/12 9/12 7/12

| Account Name | Opened | Last Active | 30-59 | 60-89 | 90+ | Past Due | Balance |
|---|---|---|---|---|---|---|---|
| DEPT OF ED/SALLIE MAE (Applicant) DEPT OF ED/SALLIE MAE 11100 USA PKWY, FISHERS, IN 46037 (800) 722-1300 | 2/2013 | | 0 | 0 | 0 | $0.00 | $1,203.00 |
| | Monthly Payment | High Credit $1,166.00 | Type INSTALLMENT | Comments THIS IS AN ACCOUNT IN GOOD STANDING STUDENT LOAN - PAYMENT DEFERRED | | | |

Payment History
0 * 0 0 0 0 0 0 0 0 0 0 0
5/14 3/14 1/14 11/13 9/13 7/13 5/13 3/13

| Account Name | Opened | Last Active | 30-59 | 60-89 | 90+ | Past Due | Balance |
|---|---|---|---|---|---|---|---|
| DEPT OF ED/SALLIE MAE (Applicant) DEPT OF ED/SALLIE MAE 11100 USA PKWY, FISHERS, IN 46037 (800) 722-1300 | 5/2012 | | 0 | 0 | 0 | $0.00 | $1,183.00 |
| | Monthly Payment | High Credit $1,166.00 | Type INSTALLMENT | Comments THIS IS AN ACCOUNT IN GOOD STANDING STUDENT LOAN - PAYMENT DEFERRED | | | |

Payment History
0 * 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
5/14 3/14 1/14 11/13 9/13 7/13 5/13 3/13 1/13 11/12 9/12 7/12

| Account Name | Opened | Last Active | 30-59 | 60-89 | 90+ | Past Due | Balance |
|---|---|---|---|---|---|---|---|
| CAP ONE (Applicant) CAP ONE PO BOX 85520, RICHMOND, VA 23285 By mail only | 6/2008 | 6/2014 | 2 | 0 | 0 | $0.00 | $666.00 |
| | Monthly Payment $15.00 | High Credit $752.00 | Type REVOLVING | Comments REVOLVING CHARGE ACCOUNT CURRENT ACCOUNT/WAS 30 DAYS PAST DUE DATE TWO TIMES | | | |

Payment History
0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0
6/14 4/14 2/14 12/13 10/13 8/13 6/13 4/13 2/13 12/12 10/12 8/12



Page 5 of 6


On-Site

Rental Report for Michael Jones, 6/21/2014 at Kipling Village

| Account Name | Opened | Last Active | 30-59 | 60-89 | 90+ | Past Due | Balance |
|---|---|---|---|---|---|---|---|
| CHASE (Applicant) CHASE 1 CHASE SQ, ROCHESTER, NY 14643 By mail only | 11/2000 | 1/2005 | 0 | 0 | 0 | $0.00 | $0.00 |
| | Monthly Payment | High Credit | Type | Comments | | | |
| | | $66,649.00 | INSTALLMENT | UNKNOWN - CREDIT EXTENSION, REVIEW, OR COLLECTION ACCOUNT TRANSFERRED TO ANOTHER OFFICE | | | |

Payment History

| - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/ 05 | 11/ 04 | 9/ 04 | 7/ 04 | 5/ 04 | 3/ 04 | | 1/ 04 | 11/ 03 | 9/ 03 | 7/ 03 | 5/ 03 | 3/ 03 | | | | | | | | | |

| Account Name | Opened | Last Active | 30-59 | 60-89 | 90+ | Past Due | Balance |
|---|---|---|---|---|---|---|---|
| FORD CRED (Applicant) FORD CRED PO BOX BOX 542000, OMAHA, NE 68154 By mail only | 2/2008 | 9/2012 | 0 | 0 | 0 | $0.00 | $0.00 |
| | Monthly Payment | High Credit | Type | Comments | | | |
| | | $13,938.00 | INSTALLMENT | AUTO LOAN | | | |

Payment History

| - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/ 12 | 8/ 12 | 6/ 12 | 4/ 12 | 2/ 12 | 12/ 11 | 10/ 11 | 8/ 11 | 6/ 11 | 4/ 11 | 2/ 11 | 12/ 10 | | | | | | | | | | |

| Account Name | Opened | Last Active | 30-59 | 60-89 | 90+ | Past Due | Balance |
|---|---|---|---|---|---|---|---|
| CAP ONE (Applicant) CAP ONE PO BOX 5253, CAROL STREAM, IL 60197 (800) 477-6000 | 5/2006 | 5/2008 | 1 | 1 | 3 | $0.00 | $0.00 |
| | Monthly Payment | High Credit | Type | Comments | | | |
| | | $0.00 | REVOLVING | ACCOUNT LEGALLY PAID IN FULL FOR LESS THAN THE FULL BALANCE | | | |

Payment History

| - | - | * | * | - | - | 5 | 4 | 3 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/ 08 | 4/ 08 | | 2/ 08 | 12/ 07 | 10/ 07 | 8/ 07 | 6/ 07 | 4/ 07 | 2/ 07 | 12/ 06 | 10/ 06 | 8/ 06 | | | | | | | | | |

## Previous Credit Inquiries

**From Experian**

| 3/2014 | KROLL FACTUAL DATA/060 (Applicant) |
|---|---|
| 9/2013 | CHASE BANK NA (Applicant) |
| 7/2013 | ENVISTA CREDIT UNION (Applicant) |
| 6/2013 | LEXISNEXIS/RESIDENT DA (Applicant) |