United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

MICHAEL JONES,

    Plaintiff,

v.

ON-SITE MANAGER, INC,

    Defendant.

Case No. 17-cv-01437-BLF

**ORDER TERMINATING AS MOOT ECF 47 MOTION TO DISMISS ORIGINAL COMPLAINT**

On July 17, 2017, Defendant On-Site Manager ("On-Site") filed a motion to dismiss Plaintiff Michael Jones' ("Jones") original complaint. *See* ECF 47. Pursuant to Federal Rule of Civil Procedure 15, Jones filed a First Amended Complaint ("FAC") on July 31, 2017. *See* ECF 49. On August 14, 2017, On-Site filed a motion to dismiss the FAC. *See* ECF 50.

The FAC is the operative pleading in this case. Therefore, the Court TERMINATES AS MOOT On-Site's motion to dismiss the original complaint. *See* ECF 47. The Court CONFIRMS the hearing on On-Site's motion to dismiss the FAC and motion for attorneys' fees, as well as the Case Management Conference, on **November 2, 2017 at 9:00 a.m.**

**IT IS SO ORDERED.**

Dated: October 23, 2017

_____
BETH LABSON FREEMAN
United States District Judge