UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MICHAEL JONES,

    Plaintiff,

v.

ON-SITE MANAGER, INC,

    Defendant.

Case No. 5:17-cv-01437-BLF

**CASE MANAGEMENT ORDER**

On November 2, 2017, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference. The Court ORDERS as follows:

(1) The presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case unless otherwise ordered by the Court.

(2) The deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order unless stated otherwise below.

(3) The deadline for the parties to meet, confer, and submit a stipulation and order setting all deadlines not set by the Court below, including discovery cut-offs and expert disclosure deadlines, is twenty-one days after entry of this order unless stated otherwise by the Court on the record at the Case Management Conference.

(4) All disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

(5) The parties shall participate in ADR, and they shall contact the ADR Unit within fourteen days after entry of this order to make the necessary arrangements.

(6) The parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Last Day to Amend Pleadings or Add Parties | 60 Days from Date of this Order |
| Last Day to Hear Dispositive Motions | 10/01/2020 at 9:00 AM |
| Final Pretrial Conference | 1/21/2021 at 1:30 PM |
| Trial | 2/15/2021 at 9:00 AM |

Dated: November 2, 2017

_____
BETH LABSON FREEMAN
United States District Judge