Anthony J. Orshansky CA Bar No. 199365
anthony@counselonegroup.com
Justin Kachadoorian CA Bar No. 260356
justin@counselonegroup.com
COUNSELONE, PC
9301 Wilshire Boulevard, Suite 650
Beverly Hills, CA 90210
Telephone:     310.277.9945
Facsimile:     424.277.3727

Attorneys for Plaintiff
MICHAEL JONES

JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE LLP
Michael J. Saltz, Esq. SBN 189751 [msaltz@jrsnd.com]
Colby A. Petersen, Esq. SBN 274387 [cpetersen@jrsnd.com]
1880 Century Park East, Suite 900
Los Angeles, CA 90067
Telephone: (310) 446-9900
Fax: (310) 446-9909

Attorneys for Defendant
ON-SITE MANAGER, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JONES, on behalf of himself and others similarly situated,<br><br>           Plaintiff,<br><br>     v.<br><br>ON-SITE MANAGER, INC., a California corporation; QUALFAX, INC., a California corporation; KIPLING VILLAGE, LLC, a Colorado limited liability company,<br><br>           Defendants. | Case No. 5:17-CV-01437-BLF<br><br>**JOINT STIPULATION OF PARTIES' SETTING CASE MANAGEMENT DEADLINES**<br><br>Complaint Filed: June 21, 2016 |

Following this Court's Case Management Order [Docket No. 69], and having held a further meet and confer session on November 14, 2017, Plaintiff Michael Jones ("Plaintiff" or "Jones") and Defendant On-Site Manager, Inc. ("On-Site"; collectively with Jones, "the Parties") submit their agreed upon Case Management Deadlines:

**SCHEDULING**

| EVENT | DATE OR DEADLINE |
| --- | --- |
| Deadline to Serve Initial Disclosures: | December 15, 2017 |
| Deadline to hold Settlement Conference with Magistrate Judge: | By or Before May 31, 2017 |
| Deadline for Designation of Experts | October 15, 2020 |
| Deadline for Designation of Rebuttal Experts | November 16, 2020 |
| Discovery Cutoff | January 15, 2021 |

DATED: November 17, 2017

JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE LLP

By: /s/ Michael J. Saltz
    Michael J. Saltz
    Attorneys for Defendant
    ON-SITE MANAGER, INC.

DATED: November 17, 2017

COUNSELONE, P.C.

By: /s/ Anthony J. Orshansky
    Anthony J. Orshansky
    Justin Kachadoorian
    Attorneys for Plaintiff MICHAEL JONES

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2017, I electronically filed the foregoing Joint Stipulation Regarding Case Management Deadlines with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Notice of Electronic Filing.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 17, 2017.

By: */s/ Michael J. Saltz*
       Michael J. Saltz

3    Case No. 5:17-CV-01437-BLF
JOINT STIPULATION REGARDING CASE MANAGEMENT DEADLINES