UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>ON-SITE MANAGER, INC,<br><br>    Defendant. | Case No. 17-cv-01437-BLF<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PARTIES' JOINT STIPULATION SETTING CASE MANAGEMENT DEADLINES** |

The Parties have filed a Joint Stipulation Setting Case Management Deadlines in this action. *See* ECF 74.  The Court notes that the Parties have stipulated to hold a Magistrate Judge Settlement Conference ("MJSC") "By or Before May 31, 2017," which the Court presumes to mean "by or before May 31, 2018."  As the Court indicated to the Parties at the Initial Case Management Conference held on November 2, 2017, the Court will only refer this case to an MJSC at this early stage of the litigation if the Parties express their sincere willingness to settle and inform the Court that an MJSC would be likely to be productive.  To the extent that the Parties wish to be referred to an MJSC at this point—prior to taking any discovery in the case—they are instructed to file a separate stipulated request for an MJSC with this Court.

The remainder of the Parties' Joint Stipulation is GRANTED.  The pre-trial schedule is set as follows:

| EVENT | DATE OR DEADLINE |
|---|---|
| Deadline to Serve Initial Disclosures | December 15, 2017 |
| Deadline for Designation of Experts | October 15, 2020 |
| Deadline for Designation of Rebuttal Experts | November 16, 2020 |
| Discovery Cutoff | January 15, 2021 |

**IT IS SO ORDERED.**

Dated: November 21, 2017

_____
BETH LABSON FREEMAN
United States District Judge